RECEIVED
IN LAFAYETTE, LA.

SEP 1 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

PATRICK LANCLOS                        CIVIL ACTION NO. 05-0910

VS.                                    JUDGE MELANÇON

LINCOLN GENERAL INS. CO.               MAGISTRATE JUDGE METHVIN
DINO'S TRUCKING, INC.
JERRY BROOKS

## JURISDICTIONAL REVIEW RULING

This case was removed from a local state court based on the allegation of Lincoln

General Insurance Company, Dino's Trucking, Incorporated, and Jerry Brooks that the matter

in controversy exceeds $75,000 and that this court therefore has diversity jurisdiction under 28

U.S.C. §1332. On July 21, 2005, the undersigned issued an order requiring defendants to file a

memorandum with supporting documentation setting forth specific facts in controversy which

supported a finding that the jurisdictional amount exists.[1] Before the court is defendants'

submission on jurisdictional amount.[2]

Having reviewed defendants' memorandum and the exhibits thereto, I conclude that

defendants have proven by a preponderance of the evidence that the amount in controversy

exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the

jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta

Airlines, Inc., 171 F.3d 295 (5th Cir. 1999). Relevant jurisdictional facts which have been

provided include that plaintiff alleges that as a result of the automobile accident, he has suffered

disabling injuries. Defendants set forth that at the time of removal, MRIs of plaintiff's cervical

---

[1] Rec. Doc. 16.

[2] Rec. Doc. 17.

and lumbar spine showed that he had disc bulges and abnormalities which may be causing pressure on nerve roots.[3] Defendants also set forth that plaintiff has undergone physical therapy and trigger point injections in his neck and that his medical expenses total $7,880.24. Further, defendants cite cases where general damage awards range from $100,000.00 to $300,000.00 for injuries similar to plaintiff's.

Based on the foregoing, the undersigned concludes that the jurisdictional amount has been established and an order of remand would not be appropriate.

Signed at Lafayette, Louisiana on September 12th, 2005.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140     FAX 593-5155

---

[3] Rec. Doc. 24, Exhibit A.
mem T:\Mimi-CGG\050910 Lanclos.Rul.JAR.wpd9/8/05